| ☐ County Court                     ☒ District Court | |
|---|---|
| U.S. DISTRICT COURT<br>Court Address: P.O. Box 2906<br>Durango, Colorado 81302 | |
| **Plaintiff:** UNITED STATES | ▲ COURT USE ONLY ▲ |
| **Defendant:** ROBERT BRYANT | Case Number: 05-127M<br><br>Violation Numbers: P183116<br>P183224<br>P183225 |
| ORDER FOR SUBSTITUTION OF COUNSEL | |

THIS MATTER comes before the Court upon Defendant's Motion for Substitution of Counsel, and the Court having reviewed the Motion for Substitution and finding that said Motion is adequate and should be granted,

THEREFORE IT IS ORDERED that Robert Chapman Roberts, P.C., be and hereby is substituted as counsel for Defendant in this matter in place of the law firm of Lester, Sigmond, Rooney & Schwiesow.

DONE AND SIGNED this 2nd day of February, 2006.

BY THE COURT

_____
David L. West, Magistrate Judge

CERTIFICATE OF MAILING

I do hereby certify that on the 6th day of February, 2006, I placed in First Class U.S. Mail a true and correct copy of the above Order for Substitution of Counsel properly addressed and postage prepaid to the following:

Lester, Sigmond, Rooney & Schwiesow
P.O. Box 1270
Alamosa, Colorado 81101

Robert Chapman Roberts, P.C.
19501 East Mainstreet, Suite 200
Parker, Colorado 80138

James M. Candelaria
Assistant U.S. Attorney
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

_____